**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 30, 2026

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

    RE:  26-1829  Donna Cave, et al v. Cole Jester

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc: John Lindsay Burnett
  Roger Byron
  Clerk, U.S. District Court, Eastern District of Arkansas
  Christine Ann Cryer
  Stuart P. De Haan
  Patrick C. Elliott
  Valarie Flora
  Joshua D. Gillispie
  Amitai Heller
  Elaine M Hinson
  Dylan L. Jacobs
  Matthew A. Kezhaya
  John Otho Payne
  Hiram S. Sasser III
  Andrew G. Schultz
  James Gerard Schulze
  Melanie B. Stambaugh

District Court/Agency Case Number(s): 4:18-cv-00342-KGB

**Caption For Case Number:   26-1829**

Donna Cave; Pat Piazza; Eugene Levy, Rabbi; Gale Booth Stewart; Anne Orsi; Teresa Grider; Arkansas Society of Freethinkers; Freedom From Religion Foundation; American Humanist Association

       Plaintiffs - Appellees

The Satanic Temple; Doug Misicko, also known as Lucien Greaves; Erika Robbins

       Intervenors - Appellees

v.

Cole Jester, Arkansas Secretary of State, in his official capacity (originally named as Mark Martin and John Thurston)

       Defendant - Appellant

**Addresses For Case Participants:   26-1829**

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

John Lindsay Burnett
LAVEY & BURNETT
904 W. Second Street
P.O. Box 2657
Little Rock, AR  72203-2657

Roger Byron
FIRST LIBERTY INSTITUTE
Suite 1600
2001 W. Plano Parkway
Plano, TX  75075

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Christine Ann Cryer
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Stuart P. De Haan
DE HAAN LAW FIRM, PLLC
Suite 512
100 N. Stone Avenue
Tucson, AZ  85701

Patrick C. Elliott
FREEDOM FROM RELIGION FOUNDATION, INC.
10 N. Henry Street
Madison, WI  53703

Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Joshua D. Gillispie
GILLISPIE LAW FIRM
Suite 605
One Riverfront Place
North Little Rock, AR  72114

Amitai Heller
AMERICAN HUMANIST ASSOCIATION
1821 Jefferson Place N.W.
Washington, DC  20036

Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Dylan L. Jacobs
KING STREET LEGAL, PLLC.
Suite 300
800 Connecticut Avenue, N.W.
Washington, DC  20006

Matthew A. Kezhaya
KEZHAYA LAW PLC
Suite 1850
150 S. Fifth Street
Minneapolis, MN  55402

John Otho Payne
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Hiram S. Sasser III
FIRST LIBERTY INSTITUTE
Suite 1600
2001 W. Plano Parkway
Plano, TX  75075

Andrew G. Schultz
RODEY & DICKASON
P.O. Box 1888
Albuquerque, NM  87103-0000

James Gerard Schulze
J.G. GERRY SCHULZE, P.A.
8317 Ascension Road
Little Rock, AR  72204

Melanie B. Stambaugh
RODEY & DICKASON
P.O. Box 1888
Albuquerque, NM  87103-0000