# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: ___Donna Cave et al.___ vs.___Cole Jester___

**The Clerk will enter my appearance as Counsel in Appeal No.** ___26-1829___ for the following party(s): (please specify)

> The Satanic Temple, Doug Misicko, and Erika Robbins

[✓] Appellant(s)   [ ] Petitioner(s)   [✓] Appellee(s)   [ ] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: ___Matt Kezhaya___   s/: ___Matt Kezhaya___

Firm Name: ___Kezhaya Law PLC___

Business Address: ___150 S. Fifth Street, Suite 1850___

City/State/Zip: ___Minneapolis, MN 55402___

Telephone Number (Area Code): ___612-276-2216___

Email Address: ___matt@kezhaya.law___

---

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on ___5/7/2026___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

> s/Matt Kezhaya