# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Donna Cave, et al. vs. Cole Jester

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1829 for the following party(s): (please specify)

Donna Cave and Pat Piazza

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: John C. Williams  s/: John C. Williams

Firm Name: Arkansas Civil Liberties Union Foundation, Inc.

Business Address: 904 W 2nd St

City/State/Zip: Little Rock, AR 72201

Telephone Number (Area Code): 501.374.2842

Email Address: john@acluarkansas.org

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 5/11/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: