UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Donna Cave, et al. vs. Cole Jester

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1829 for the
following party(s): (please specify)

Cole Jester, Arkansas Secretary of State, in his official capacity

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates
or changes must be made through PACER's Manage my Account.**

Attorney Name: Autumn Hamit Patterson s/: Autumn Hamit Patterson

Firm Name: Office of the Arkansas Attorney General

Business Address: 101 West Capitol Avenue

City/State/Zip: Little Rock, AR 72201

Telephone Number (Area Code): (501) 682-6302

Email Address: autumn.patterson@arkansasag.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 5/22/2026 , I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing
document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery
within 3 calendar days, to the following non-CM/ECF participants: