No. 26-1829

# United States Court of Appeals for the Eighth Circuit

DONNA CAVE, *et al.*,
*Plaintiffs-Appellees,*

v.

COLE JESTER, in his official capacity as the
Secretary of State of Arkansas,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 4:18-cv-342 (Hon. Kristine G. Baker)

**Amended Statement of Issues on Appeal**

Pursuant to Federal Rule of Appellate Procedure 30(b), Defendant-Appellant states that the issues on appeal are whether the district court erred by granting Plaintiffs' summary-judgment motion, denying Defendant's summary-judgment motion, and granting a permanent injunction. Subsidiary issues include whether Plaintiffs' have standing; whether Arkansas Code Annotated § 22-3-221 violates the Establishment Clause of the United States Constitution, including whether the district court erred by applying *Lemon v. Kurtzman*, 403 U.S. 602 (1971), *abrogation recognized by Groff v. DeJoy*, 600 U.S. 447 (2023); and whether Arkansas Code Annotated § 22-3-

Appellate Case: 26-1829   Page: 1   Date Filed: 05/22/2026 Entry ID: 5643486

221 and Act 274 of 2017 violate the Equal Protection Clause of the United States Constitution.

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General

AUTUMN HAMIT PATTERSON
  Solicitor General

NOAH P. WATSON
  Deputy Solicitor General

OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-1019
noah.watson@arkansasag.gov

*Counsel for Defendant-Appellant*

Appellate Case: 26-1829    Page: 2    Date Filed: 05/22/2026 Entry ID: 5643486

## CERTIFICATE OF SERVICE

I certify that on May 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which notifies any CM/ECF participants of the filing.

/s/ *Noah P. Watson*
Noah P. Watson

Appellate Case: 26-1829     Page: 3     Date Filed: 05/22/2026 Entry ID: 5643486