No. 26-1829

# United States Court of Appeals
# for the Eighth Circuit

DONNA CAVE, *et al.*,
*Plaintiffs-Appellees,*

v.

COLE JESTER, in his official capacity as the
Secretary of State of Arkansas,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 4:18-cv-342 (Hon. Kristine G. Baker)

**CORPORATE DISCLOSURE STATEMENT OF THE FREEDOM FROM RELIGION FOUNDATION**

The Freedom From Religion Foundation, Inc. ("FFRF") is a nationally recognized 501(c)(3) educational nonprofit incorporated in 1978. FFRF has no parent corporation and issues no stock.

Dated: June 2, 2026          Respectfully Submitted,

/s/ Patrick C. Elliott
Patrick C. Elliott
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit through the Court's CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/*Patrick C. Elliott*
Patrick Elliott