No. 26-1829

# United States Court of Appeals for the Eighth Circuit

DONNA CAVE, *et al.*,
*Plaintiffs-Appellees,*

v.

COLE JESTER, in his official capacity as the
Secretary of State of Arkansas,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 4:18-cv-342 (Hon. Kristine G. Baker)

## CORPORATE DISCLOSURE STATEMENT OF THE ARKANSAS SOCIETY OF FREETHINKERS

The Arkansas Society of Freethinkers hereby state that they have no parent

corporations and that no publicly held company owns 10 percent or more of their

stock.

Dated: June 2, 2026          Respectfully Submitted,

/s/ Patrick C. Elliott
Patrick C. Elliott
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900

# CERTIFICATE OF SERVICE

I certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit through the Court's CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/*Patrick C. Elliott*
Patrick Elliott

2