# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1829

Donna Cave, et al.

Appellees

v.

Cole Jester, Arkansas Secretary of State, in his official capacity (originally named as Mark Martin and John Thurston)

Appellant

------------------------------

Family Council, et al.

Amici on Behalf of Appellant(s)

No. 26-1897

Donna Cave, et al.

The Satanic Temple, et al.

Appellants

v.

Cole Jester, Arkansas Secretary of State, in his official capacity (originally named as Mark Martin and John Thurston)

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00342-KGB)

---

**ORDER**

Appellees'/Cross-Appellants' motion for extension of time to file the second brief is granted. Appellees/Cross-Appellants may have until October 7, 2026 to file the brief.

September 17, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________________

/s/ Susan E. Bindler