In the United States Court of Appeals
Eighth Circuit

| | |
|---|---|
| Donna Cave, *et al.*, Anne Orsi, *et al.,* and The Satanic Temple, *et al.* | Plaintiffs-Appellees Interventors-Appellees/ Cross-Appellant |
| *vs.* | Case nos.: 26-1829 26-1897 |
| Cole Jester, in his official capacity as the Secretary of State of Arkansas | Defendant |

## TST's Corporate Disclosure Statement

1. The Satanic Temple, Inc. (fka "The Satanic Temple") is a nonprofit religious corporation with no parent corporations and no publicly held corporation owns 10% or more of The Satanic Temple, Inc.'s stock.
2. As a nonprofit religious corporation, The Satanic Temple, Inc. has neither stock nor owners.

Respectfully submitted on September 29, 2026,

By: */s/ Matt Kezhaya*

Matt Kezhaya (MN # 0402193)
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone: (612) 276-2216
email: matt@kezhaya.law

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by uploading a copy of the same to the Court's CM/ECF system, which provides automated electronic service to all parties in this case. *s/Matt Kezhaya*